United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:21-CR-498 |
| | § | |
| CARLOS RAMOS-GUERRA | § | |

## ORDER

Having considered Defendant Carlos Ramos-Guerra's Unopposed Motion for Continuance (Doc. 32), in the above styled and numbered cause, the Court is of the opinion that it should be and is **GRANTED**.

IT IS ORDERED that this case be continued for sentencing from January 6, 2022, to **March 8, 2022 at 8:30 a.m**.

SIGNED on January 4, 2022

_____
Fernando Rodriguez, Jr
United States District Judge